**No. 45686.**—Protest 909–K of Ernst Friedman (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45687.**—Protest 907–K of Rudolf Wakler (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45688.**—Protest 906–K of Egon Loewy (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45689.**—Protest 999968–G of Benno Goldschneider (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45690.**—Protest 999967–G of Dr. Zeimer (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45691.**—Protest 999966–G of David S. Goldhirsch (New York).

Opinion by WALKER, J. It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 45692.**—Protest 999245–G of Agfa Ansco Corp. (New York).

Opinion by TILSON, J. From the evidence it was found that the films in question are of the standard width of 35 mm., or 1⅜ inches. They were therefore held properly dutiable at four-tenths of 1 cent per linear foot under paragraph 1551 as claimed.